August 28, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

VERONICA LOPEZ DEVOTI, Appellant

NO. 14-11-00497-CV                    V.

JOHN MICHAEL DELANEY, Appellee

————————————

This cause, an appeal from the judgment in favor of appellee, JOHN MICHAEL DELANEY, signed May 3, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred. We therefore **REVERSE** the trial court's no-evidence summary judgment on appellant VERONICA LOPEZ DEVOTI's negligence claims with respect to causation and pain and suffering, and **REMAND** this case to the trial court for further proceedings consistent with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order each party to pay their own costs incurred in this appeal. We further order this decision certified below for observance.